FILED
CLERK, U.S. DISTRICT COURT

2/25/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. VICTOR SILLAS, DEFENDANT(S). | CASE NUMBER 2:18-cr-00892-AB-13 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant's counsel__, IT IS ORDERED that a detention hearing is set for __February 27,__ , __2019__ , at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Maria A. Audero__ , in Courtroom __690__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __February 25, 2019__

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE